E. B. CORNELL, PLAINTIFF IN ERROR, VS. C. E. FRANKLIN, AS SURVIVING PARTNER OF THE LATE FIRM OF C. E. FRANKLIN & SON, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Osceola county.

*N. B. K. Pettingill*, for Plaintiff in Error.

*E. D. Beggs*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error and Isaac Morgan. There was judgment for the plaintiff and the defendant E. B. Cornell takes writ of error.

Writ of error dismissed because the judgment is a joint one against two defendants, and the writ of error is sued out in the name of only one.

Motion to reinstate denied January 18, 1898. (See opinion 40 Fla. ——, 23 South. Rep. ——).